Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| v. PLAINTIFF | 8:25-mj-00898-DUTY |
| Robert Chavez Cortez, | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 31201-506  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/06/25 at ____ ☐ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   8 USC 111 - Assault of Federal Officer

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: ____

7. Year of Birth: 1991

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: ____  Phone Number: ____

9. Name of Pretrial Services Officer notified: Jose Ortiz

10. Remarks (if any): ____

11. Name: Ryan Hudson  (please print)

12. Office Phone Number: 562-299-3407

13. Agency: HSI

14. Signature: RYAN J HUDSON  Digitally signed by RYAN J HUDSON  Date: 2025.11.07 12:34:41 -08'00'

15. Date: 11/07/25

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION