FILED
CLERK, U.S. DISTRICT COURT

11/24/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT CHAVEZ CORTEZ,<br><br>  Defendant. | No. 8:25-cr-00235-JWH<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer or Employee]<br><br>[**CLASS A MISDEMEANOR**] |

The United States of America charges:

[18 U.S.C. § 111(a)(1)]

On or about November 6, 2025, in Orange County, within the Central District of California, defendant ROBERT CHAVEZ CORTEZ intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim J.A., an employee of the United States Department of Homeland Security, U.S. Border Patrol, while J.A. was

//

//

engaged in, and on account of, the performance of J.A.'s official duties.

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

MARK P. TAKLA
Assistant United States Attorney
Chief, Orange County Office

MELISSA S. RABBANI
Assistant United States Attorney
Deputy Chief, Orange County Office