CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ADITHYA MANI (Bar No. 301880)
(E-Mail: Adithya_Mani@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
ROBERT CHAVEZ CORTEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CHAVEZ CORTEZ,<br><br>    Defendant. | Case No. 8:25-CR-00235-JWH<br><br>**DEFENDANT'S SUBMISSION OF APOLOGY LETTER IN ADVANCE OF CHANGE OF PLEA AND SENTENCING**<br><br>Change of Plea/Sentencing Date:<br><br>Dec. 5, 2025 at 1:00 p.m. |

      Defendant Robert Chavez Cortez, by and through his attorney of record, Deputy Federal Public Defender Adithya Mani, hereby submits his letter of apology to the victim in advance of his change-of-plea and sentencing hearing set for December 5, 2025 at 1:00 p.m.

                                       Respectfully submitted,

                                       CUAUHTEMOC ORTEGA
                                       Federal Public Defender

DATED: December 3, 2025        By  */s/ Adithya Mani*
                                       ADITHYA MANI
                                       Deputy Federal Public Defender
                                       Attorney for ROBERT CHAVEZ CORTEZ

Dear J.A

I am very sorry I spit at you that day I know you are try to do your job and I hope you can forgive me. god bless you and your loved ones