TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
Deputy Chief, Orange County Office
    411 West Fourth Street
    Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3499
    E-mail:   melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 25-235-JWH |
|---|---|
| Plaintiff, | CRIMINAL HISTORY REPORT |
| v. | Hearing Date: December 5, 2025 |
| ROBERT CHAVEZ CORTEZ, | Hearing Time: 1:00 p.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Melissa Rabbani, estimates that defendant has 23 criminal history points, yielding a criminal history category of VI.

Defendant's relevant criminal history is summarized below:

| Date | Case No. | Charge(s) | Severity | Sentence | Pts |
|---|---|---|---|---|---|
| 3/4/2020 | 19WM12695 | Possession of unlawful paraphernalia; | Misdemeanor | 20 days jail | +1 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | destruction of evidence |  |  |  |
| 3/4/2020 | 19WM14776 | Possession of unlawful paraphernalia | Misdemeanor | 20 days jail | +1 |
| 10/19/2020 | 20WF1940 | Obstruction of executive officer; assault with deadly weapon; possession of controlled substance | Misdemeanor | 180 days jail | +2 |
| 10/19/2020 | 20NM03177 | Obstruction of public officer | Misdemeanor | 30 days jail | +1 |
| 10/19/2020 | 20NM11401 | Possession of unlawful paraphernalia | Misdemeanor | 30 days jail | +1 |
| 10/19/2020 | 20NM08586 | Obstruction of public officer | Misdemeanor | 30 days jail | 0 |
| 12/19/2022 | 21NF1588 | Receipt of stolen property; vandalism | Misdemeanor | 60 days jail | +2 |
| 12/19/2022 | 20NM13080 | Destruction of evidence | Misdemeanor | 60 days jail | +2 |
| 12/19/2022 | 22NM07423 | Concealed dirk or dagger; possession of controlled substance | Misdemeanor | 60 days jail | +2 |
| 2/17/2023 | 23NM01831 | Possession of leaded cane; possession of wooden knuckles; possession of controlled substance; possession of unlawful paraphernalia | Misdemeanor | 20 days jail | 0 |
| 6/1/2023 | 23CM03490 | Obstruction of public officer; possession of unlawful paraphernalia; possession of | Misdemeanor | 4 days jail | 0 |

2

| | | | | | |
|---|---|---|---|---|---|
| | | controlled substance | | | |
| 9/26/2023 | 23NM06544 | Trespassing | Misdemeanor | 90 days jail | +2 |
| 9/26/2023 | 23NM06545 | Vandalism; solicitation of a lewd act in public | Misdemeanor | 90 days jail | +2 |
| 9/26/2023 | 23NM09154 | Obstruction of public officer; possession of unlawful paraphernalia | Misdemeanor | 90 days jail | +2 |
| 9/26/2023 | 23NM10364 | Concealed dirk or dagger; possession of unlawful paraphernalia | Misdemeanor | 90 days jail | +2 |
| 1/8/2024 | 23NM13623 | Possession of unlawful paraphernalia | Misdemeanor | 30 days jail | 0 |
| 1/8/2024 | 23NM12856 | Possession of unlawful paraphernalia | Misdemeanor | 30 days jail | 0 |
| 1/8/2024 | 24NM00276 | Obstruction of public officer | Misdemeanor | 30 days jail | 0 |
| 4/9/2024 | 24NF0231 | Attempted carjacking | Felony | 18 months prison | +3 |
| 2/3/2025 | 24CM07102 | Assault; battery | Misdemeanor | 58 days jail | 0 |

Dated: October 1, 2025          Respectfully submitted,

                                            */S/ Melissa S. Rabbani*
                                            MELISSA S. RABBANI
                                            Assistant United States Attorney

                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA