PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
1/6/26
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cla___ DEPUTY

U.S.A. VS. Robert Chavez Cortez         Docket No.: 8:25-CR-00235-JWH-1

### Petition on Probation and Supervised Release (Modification)

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert Chavez Cortez who was placed on supervision by the Honorable JOHN W. HOLCOMB sitting in the Court at Santa Ana, California, on the 5th day of December, 2025 who fixed the period of supervision at 6 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Robert Chavez Cortez was ordered to complete 6 months of supervision, however, has an apparent barrier to his success in that he is currently unhoused. In order to promote his successful completion of his term of supervised release, the undersigned along with Mr. Cortez and counsel are in agreement that a modification of his conditions to include a Residential Reentry Center (RRC) placement not to exceed 180 days is appropriate at this juncture. It is respectfully requested that Mr. Cotez's conditions be modified to include the noted RRC placement accordingly.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Robert Chavez Cortez, as a special condition of supervision, shall reside for a period not to exceed 180 days in a residential reentry center (pre-release component), as directed by the Probation Officer, and shall observe the rules of that facility.

ORDER OF COURT

Considered and ordered this 6th day of January 2026 and ordered filed and made a part of the records in the above case.

_/s/ J.W. Holcomb_
United States District Judge
HONORABLE JOHN W. HOLCOMB

Respectfully,

/S/ CHRISTINA LE
U. S. Probation & Pretrial Services Officer

Place:  Santa Ana, California

Approved: /S/ LILLIAN SMITH
Supervising U.S. Probation & Pretrial Services Officer

Date:  December 19, 2025